

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00458-CV

| | | |
|---|---|---|
| In the Interest of P.S. and C.S., Minor Children | § | From the 323rd District Court |
| | § | of Tarrant County (323-100795-14) |
| | § | March 30, 2017 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier